UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Dennis M. Cavanaugh |
| v. : | |
| : | Crim. No. 07-900 |
| TERRY BATTLE, a/k/a "Tariq," : | |
| and : | |
| JOSE N. OROZCO, a/k/a "Manny" : | |

## ORDER

This matter having come before the Court on defendant Jose N. Orozco's "Rule 36 Motion to Resurrect The Omission of Defendant's Deportation Status"; and the United States (Assistant U.S. Attorney Harvey Bartle, appearing) having opposed that motion; and the Court having reviewed the parties' submissions; and for good cause shown,

IT IS on this  25  day of  May , 2012,

ORDERED that defendant Jose N. Orozco's "Rule 36 Motion to Resurrect The Omission of Defendant's Deportation Status" is DENIED.

Hon. Dennis M. Cavanaugh
United States District Judge